STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
EASTERLING CORR FACILITY

AIS #: 185851        NAME: BROWN, COREY                                    AS OF: 01    RECEIVED

                                                                                        2008 JAN 18  A 9: 2

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| JAN | 15 | $0.17 | $0.00 |
| FEB | 28 | $1.20 | $30.00 |
| MAR | 31 | $0.11 | $0.00 |
| APR | 30 | $3.73 | $30.00 |
| MAY | 31 | $0.12 | $0.00 |
| JUN | 30 | $0.52 | $50.00 |
| JUL | 31 | $0.39 | $0.00 |
| AUG | 31 | $6.40 | $70.00 |
| SEP | 30 | $0.15 | $0.00 |
| OCT | 31 | $3.83 | $25.00 |
| NOV | 30 | $0.36 | $70.00 |
| DEC | 31 | $42.81 | $100.00 |
| JAN | 16 | $4.07 | $0.00 |

DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT AL

PMOD BAL .18

Ms. Faulk, Acct Clerk