IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| COREY BROWN, | ) | |
| # 18581, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v | ) | Civil Action No.2:08cv48-MHT |
| | ) | (WO) |
| GWENDOLYN MOSELY, | ) | |
| WARDEN, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

The Magistrate Judge filed a Recommendation (Doc. #3) in this case to which no timely objections have been filed.  After a review of the Recommendation, and after an independent and de novo review of the entire record, the Court believes that the Recommendation should be adopted.  Accordingly, it is

ORDERED that the recommendation (Doc. #3) of the Magistrate Judge is ADOPTED and that this case is hereby TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to the provisions of 28 U.S.C. § 2241(d).

The clerk of the court is DIRECTED to take appropriate steps to effect the transfer.

DONE, this the 28th day of February, 2008.

        /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE