**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Clerk
United States District Court
Northern District of Alabama
Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  F Calahan    ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
F Calahan                        2/5/08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

08cv48 Transfer Case

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

SCANNED

2. Article Number (Transfer from service label)
7007 2680 0003 1841 5608

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540